IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA CARTER and KRISTI CARTER,<br>Plaintiffs,<br><br>v.<br><br>SUN COMMUNITIES, INC., and SUN TRS<br>LAKE RUDOLPH LLC,<br>Defendants. | Case No. 22–cv–02931–JPG–1 |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs Joshua Carter and Kristi Carter ("Plaintiffs") Motion for Appointment of a Process Server (Doc. 4). "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). Here, Plaintiffs request the appointment of a special process server due to the time constraints of the U.S. Marshals Service and that the Special Process Server will be able to serve the defendants expeditiously.

For these reasons, Plaintiffs' Motion is **GRANTED**, and Richard Gillespie is hereby appointed Special Process Server in the above-entitled matter. The Court appoints Richard Gillespie, who is otherwise legally permitted to effectuate service of process.

**IT IS SO ORDERED.**
**Dated: December 21, 2022**

                                            **/s/   J. Phil Gilbert**
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**