# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA CARTER and KRISTI CARTER, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>SUN COMMUNITIES, INC. and SUN )<br>TRS LAKE RUDOLPH, LLC, )<br> )<br>Defendants. | Case No. 3:22-cv-02931-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice for lack of personal jurisdiction.

**DATED: October 16, 2023**

MONICA A. STUMP, Clerk of Court

 s/Tina Gray, Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
　　　　　　J. PHIL GILBERT
　　　　　　U.S. DISTRICT JUDGE